**No. 66409.**—Quon Quon Co. *v.* United States, protest 59/22389 (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise consists of nylon pile belts similar in use to cotton belts and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.